# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**RYAN CLANCY,**

    Plaintiff,

  V.          CASE NUMBER: **05-C-580**

**OFFICE OF FOREIGN ASSETS CONTROL OF THE UNITED STATES
  DEPARTMENT OF THE TREASURY,
HENRY M. PAULSON,** Secretary of the United States Department of the
  Treasury, in his official capacity,
**ADAM J. SZUBIN,** Director of the Office of Foreign Assets Control, in his
  official capacity, and
**ALBERTO R. GONZALES,** Attorney General of the United States
  Department of Justice, in his official capacity,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendants' motion for summary judgment on each of plaintiff's eight causes of action is hereby GRANTED.**

  **First cause of action:** The Office of Foreign Assets Control of the United States Department of the Treasure ("OFAC") deprived plaintiff of property without due process of law in violation of the Fifth Amendment;

**Second cause of action:** The Regulations violate plaintiff's right not to incriminate himself in violation of the Fifth Amendment;

**Third cause of action:** The Regulations violate the Administrative Procedures Act;

**Fourth cause of action: The Regulations violate plaintiff's Fifth Amendment right to travel abroad;**

**Fifth cause of action: The Regulations violate plaintiff's First Amendment right to freedom of speech;**

**Sixth cause of action: The Regulations violate plaintiff's right to travel to foreign countries and his freedom of movement protected by Article 12 of the International Covenant on Civil and Political Rights and customary international law;**

**Seventh cause of action: The OFAC's finding that plaintiff violated Section 757.205 of the Regulations must be reversed;**

**Eighth cause of action: To the extent the Regulations do not exceed the International Emergency Economic Powers Act ("IEEPA"), that the IEEPA is an unlawful delegation of legislative authority to the executive branch, in violation of the separation of powers doctrine.**

**This action is hereby DISMISSED.**

|  |  |
|---|---|
| __March 31, 2007__ | **JON W. SANFILIPPO** |
| Date | Clerk |
|  | s/ Linda M. Zik |
|  | (By) Deputy Clerk |